IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL MAES, PERSONAL REPRESENTATIVE
OF THE ESTATE OF MICHAEL MAES, JR.,
DECEASED,

      Plaintiff,

vs.                                        Case No. 1:21-cv-00287-KWR-KRS

NEW MEXICO CORRECTIONS DEPARTMENT, et al.,

      Defendants.

### ORDER GRANTING STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE

**THIS MATTER** having come before the Court on the parties' Stipulated Motion to Dismiss Case with Prejudice, the Court being fully advised in the premises, finds that the Motion is **WELL-TAKEN** and is hereby **GRANTED.**

**IT IS THEREFORE ORDERED** that the above captioned matter is **DISMISSED WITH PREJUDICE.** Each party will bear its own costs and attorney fees.

**IT IS SO ORDERED.**

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

Submitted:

*/s/Frances Crockett Carpenter*
LAW OFFICE OF FRANCES CROCKETT
Frances C. Carpenter
925 Luna Circle NW
Albuquerque, NM 87102
Phone (505) 314-8884, Fax: (505) 835-5658
Email: frances@francescrockettlaw.com
*Attorney for Plaintiff*

*/s/ Debra J. Moulton (via e-mail 9/15/21)*
Debra J. Moulton
Kennedy, Moulton & Wells, P.C.
2201 San Pedro, NE, Bldg. 3, Suite 200
Albuquerque, NM  87110-4133
(505) 884-7887
dmoulton@kmwpc.com
**Attorneys for Defendant NMCD**

*/s/ Michael S. Jahner (via e-mail 9/15/21)*
Michael S. Jahner
YLAW, P.C.
4908 Alameda Blvd. N.E.
Albuquerque, NM  87113
(505) 266-3995
mjahner@ylawfirm.com
**Attorneys for Defendant The GEO Group, Inc.**